IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND E. PETERSON,
    Plaintiff
    v.
UNIONTOWN POLICE DEPARTMENT and
FAYETTE COUNTY DRUG TASK FORCE,
    Defendants

Case No. 3:09-cv-150-KRG-KAP

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 29, 2010, docket no. 26, recommending that summary judgment be granted to defendant City of Uniontown on that defendant's motion, docket no. 18. The Magistrate Judge filed a Report and Recommendation on March 4, 2011, docket no. 37, recommending that the motion to dismiss by defendant Fayette County Drug Task Force, docket no. 34, be granted.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections, docket no. 32, docket no. 33, and docket no. 36, which I have reviewed but reject. Plaintiff does not distinguish between the standards for municipal liability and individual liability.

Upon de novo review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 25th day of March, 2011, it is ORDERED that defendant City of Uniontown's motion for summary judgment, docket no. 18, is granted, and defendant Fayette County Drug Task Force's motion to dismiss, docket no. 34, is granted. Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Raymond E. Peterson HY-0117
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000